No. 71–5520.   BUSH *v.* HORNE, JUDGE.   Sup. Ct. Ga.
Certiorari denied.

No. 71–5521.   BUSH *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 71–5522.   BETHEA *v.* REID ET AL.   C. A. 3d Cir.
Certiorari denied.

No. 71–5524.   LOGAN *v.* CORRECTIONAL SUPERINTENDENT, WALLKILL PRISON.   C. A. 2d Cir.   Certiorari
denied.

No. 71–5526.   DELLINGER *v.* UNITED STATES.   C. A.
4th Cir.   Certiorari denied.

No. 71–5527.   WESTON, AKA WALLACE *v.* UNITED
STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–5529.   QUIMBY, AKA DEARDORFF *v.* UNITED
STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–5530.   SPINELLI *v.* UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 71–5533.   CEFALO *v.* UNITED STATES.   C. A. 1st
Cir.   Certiorari denied.

No. 71–5534.   OLIVER *v.* HARRISON COUNTY CLERK
ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 71–5536.   WICKLINE *v.* BROOKS ET AL.   C. A. 4th
Cir.   Certiorari denied.

No. 71–5537.   BARBER *v.* UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.